BURMAN PROPERTIES, Inc., et al., appellants, v. Roscoe L. McKINNEY et al., appellees.

No. 9850.

United States Court of Appeals District of Columbia Circuit.

Argued March 24, 1949.

Decided April 4, 1949.

Mr. James E. Artis, of Washington, D. C., with whom Messrs. James C. Wilkes and George A. Glasgow, both of Washington, D. C., were on the brief, for appellants.

Mr. John Courtney Poole, of Washington, D. C., with whom Mr. Dudley G. Skinker, of Washington, D. C., was on the brief, for appellees.

Before WILBUR K. MILLER and PRETTYMAN, Circuit Judges, and WATKINS, District Judge, sitting by designation.

PER CURIAM.

We are of the opinion that the United States District Court for the District of Columbia correctly decided this case. The opinion of Judge Proctor, which is reported in 79 F.Supp. 787, sub nom. McKinney v. Burman Properties Inc., is adopted as the opinion of this court.

Affirmed.